# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | ) |
| | ) Case No: 2:23-cv-821 |
| | ) STIPULATION OF DISMISSAL |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| LOWES COMPANIES, INC., | )  **\*\*\* ORDER \*\*\*** |
| | ) |
| Defendant. | ) |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Carlos Herrera, and Defendant, Lowes Companies, Inc. that the above-entitled action is hereby dismissed against Defendant, Lowes Companies, Inc., with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: July 31st, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Michael Vento | /s/ Daniel Zemel |
| Joseph Michael Vento | Daniel Zemel, Esq. |
| 620 Eighth Avenue | Zemel Law LLC |
| New York, New York 10018 | 660 Broadway, |
| Telephone: (212) 218-5500 | Paterson, NJ 07514 |
| Facsimile: (212) 218-5526 | Tel: (862) 227-3106 |
| jvento@seyfarth.com | Fax: (973) 282-8603 |
| Attorneys for Defendant Lowe's Companies, Inc. | Email: dz@zemellawllc.com |
| | Attorney for Plaintiff, Carlos Herrera |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31st, 2023, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.

**IT IS SO ORDERED. Clerk to close the file.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/2/2023**